**Order entered April 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00019-CV

### IN THE ESTATE OF WILLIAM L. MOORE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-0037-2**

## ORDER

Appellees' motion to realign the parties is **GRANTED**. We **DIRECT** the Clerk to realign the parties on the Court's docket such that appellants are Patricia Akin and Linda Lenz and appellees are Arkansas Arts Center and Arkansas Symphony Orchestra.

/s/    LANA MYERS
PRESIDING JUSTICE